IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:10-01048(TLW) |
| | ) | |
| -vs- | ) | |
| | ) | |
| BLAKE MATTHEW ADAMS | ) | |

This matter comes before the Court upon Motion of the Government to dismiss the indictment without prejudice.

For good cause having been shown and with the consent of the parties, the indictment against BLAKE MATTHEW ADAMS in 4:10-1048 is hereby dismissed without prejudice.

IT IS SO ORDERED.

HONORABLE TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

May __4__, 2011